JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTSIDE GROWTH AND
OPPORTUNITY FUND,

      Plaintiff,

vs

GLOBAL ePOINT, INC.,

      Defendant.

07 Civ. 7834 ( )
(SHS)(RLE)

RULE 7.1 STATEMENT

ECF CASE

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Portside Growth and Opportunity Fund (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: New York, New York
   September 4, 2007

OLSHAN GRUNDMAN FROME ROSENZWEIG
& WOLOSKY LLP

By: _____
Thomas J. Fleming (TF 4423)
Joshua S. Androphy (JA 1481)
*Attorneys for Plaintiff*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

550902-1