UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.

---

PORTSIDE GROWTH AND OPPORTUNITY FUND,

                Plaintiff,

-against-

GLOBAL ePOINT, INC.,

                Defendant

Case No. 07 CIV 7834 (SHS)(RLE)

**CERTIFICATE OF SERVICE**

---

    I, JULIANNE M. FOLEY, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on September 6, 2007, I caused to be served a true copy of the **Complaint, Summons, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge Ronald L. Ellis, Individual Practices of Judge Sidney H. Stein, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing** upon:

                Global ePoint, Inc.
                339 South Cheryl Lane
                City of Industry, California 91789

by certified mail, return receipt requested.

    Pursuant to Section 7(j) of the Registration Rights Agreement dated June 2, 2005, Section 6.9 of the Securities Purchase Agreement dated June 2, 2005, Section 7(j) of the Registration Rights Agreement dated May 23, 2006, and Section 6.9 of the Securities Purchase Agreement dated May 23, 2006, Global ePoint, Inc. has waived personal service of process, and service of process by mailing a copy thereof via registered or certified mail or overnight delivery (with evidence of delivery) constitutes good and sufficient service of process and notice thereof.

                                                               Julianne M. Foley

551925-1