Ellenoff Grossman & Schole LLP
370 Lexington Avenue, 19th Floor
New York, New York 10017
(212) 370-1300
*Attorneys for Defendant Global ePoint Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PORTSIDE GROWTH AND OPPORTUNITY FUND,

                Plaintiff,

- against -

GLOBAL ePOINT INC.,

                Defendant.
------------------------------------------------------------------X

Case No. 07 CV 7834
(SHS)(RLE)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Global ePoint Inc. I certify that I am admitted to practice in this court.

Dated: New York, New York
       October 1, 2007

                ELLENOFF GROSSMAN & SCHOLE LLP
                *Attorneys for Defendant Global ePoint Inc.*

                By: /s/ _____
                      Richard P. Kaye (RK 2016)
                      Nancy J. Kim (NK 4569)
                370 Lexington Avenue
                New York, New York 10017
                (212) 370-1300 (phone)
                (212) 370-0804 (facsimile)