UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PORTSIDE GROWTH AND OPPORTUNITY FUND,

                Plaintiff,

     - against -

GLOBAL ePOINT INC.,

                Defendant.
------------------------------------------------------------------x

Case No. 07 CV 7834
(SHS)(RLE)

## GLOBAL ePOINT INC.'s FED. R. CIV. P. 7.1(A) CORPORATE DISCLOSURE STATEMENT

Global ePoint Inc., a non-governmental corporate party, is a publicly held corporation. There is no publicly held corporation that owns ten (10%) percent or more of the stock of Global ePoint Inc.

                Respectfully submitted,

                ELLENOFF GROSSMAN & SCHOLE, LLP
                Attorneys for defendant Global ePoint, Inc.

                By: _____
                    Richard P. Kaye (RK 2016)
                    Nancy J. Kim (NK 4569)
                370 Lexington Avenue
                New York, New York 10017
                Tel.: (212) 370-1300
                Fax: (212) 370-0804

Dated: New York, New York
       October 1, 2007