```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PORTSIDE GROWTH AND OPPORTUNITY FUND,

                Plaintiff,

- against -

GLOBAL ePOINT INC.,

                Defendant.
------------------------------------------------------------x

Case No. 07 CV 7834
(SHS)(RLE)

STIPULATION

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant to answer and/or move with respect to the complaint herein is hereby extended to and including October 26, 2007.

      IT IS FURTHER STIPULATED AND AGREED that defendant shall not raise any defense based upon lack of personal jurisdiction or defects in service of process.

Dated: New York, New York
       October 11, 2007

OLSHAN GRUNDMAN FROME
ROSENZWEWIG & WOLOSKY LLP
Attorneys for Plaintiff

By: _____
    Thomas J. Fleming (TF 4423)
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

ELLENOFF GROSSMAN & SCHOLE LLP
Attorneys for Defendant

By: _____
    Richard P. Kaye, Esq. (RK 2016)
    Nancy J. Kim (NK 4569)
370 Lexington Avenue
New York, New York 10017
(212) 370-1300

SO ORDERED 10/12/07

_____

{00059208.DOC.1}