USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTSIDE GROWTH AND OPPORTUNITY FUND,

            Plaintiff,

-against-

GLOBAL ePOINT, INC.,

            Defendant.

07 CIV 7834(SHS)(RLE)

JUDGMENT

This action having been commenced on September 5, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Global ePoint, Inc., on September 6, 2007 by Certified Mail, Return Receipt Requested pursuant to written agreement between the parties whereby each party irrevocably waives personal service of process and consents to process being served by mailing a copy thereof via overnight delivery to such party, and proof of service having been filed on September 6, 2007 and the defendant's time to answer the Complaint having been extended by So Ordered Stipulation to October 26, 2007, and the parties having entered into a Stipulation dated Nov 16, 2007 for the settlement of the action, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $847,608 plus costs and disbursements of this action in the amount of $350.00 and an award of attorney's fees to plaintiff's counsel in the amount of $3,500, amounting in all to $851,458.

Dated: New York, New York
      November 26, 2007

                                                                     U.S.D.J.

This document was entered on the docket on _____

556938-1